

Joanne M. Mahoney
County Executive

County of Onondaga
Department of Law

John H. Mulroy Civic Center, 10th Floor
421 Montgomery Street, Syracuse, New York 13202
Phone: 315.435.2170
Fax: 315.435.5729 Municipal/Litigation Unit • Fax: 315.435.2180 Family Court Unit
www.ongov.net

Robert A. Durr
County Attorney

September 28, 2018

Hon. Lawrence E. Kahn
Senior United States District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway –Room 424
Albany, NY 12207

Re:   Walker v. Fitzpatrick and McGunnigle
      5:15-CV-47 (LEK/DJS)

Dear Judge Kahn:

Defendants respectfully request an extension of the filing deadline set in the Court's Order [Ct. Doc. 146] until such time as the Court has ruled on Plaintiff's request [Doc. 148] that was filed with the Court today.

Thank you for your consideration.

Respectfully,

Carol L. Rhinehart
Deputy County Attorney

CLR/dk

cc:   William D. Frumkin, Esq.